Douglas Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
nsparber@fulbright.com
dcatalano@fulbright.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x
HENRI[IETTA] DONER-HEDRICK,

          Plaintiff,

  -against-

NEW YORK INSTITUTE OF
TECHNOLOGY,

          Defendant.
-------------------------------------------------- x

Index No. 11-CV-0121 (SAS)(MHD)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same is hereby dismissed with prejudice without costs, fees, or disbursements to any party as against any other party.

Execution of this Stipulation of Dismissal by facsimile will be deemed an original. The Court herein Orders the parties to follow and abide by the settlement Agreement into which they have entered.

Dated: New York, New York
      December 12, 2012

95890715.1                   - 1 -

| | |
|---|---|
| Joy Hochstadt, P.C. | FULBRIGHT & JAWORSKI L.L.P. |
| By:_____ | By: *Neil H. Sparber* |
| Joy Hochstadt, Esq.<br>300 Central Park West<br>New York, New York 10024<br>Telephone: (212) 580-9930<br>joy.hochstadt.pc@gmail.com | Douglas P. Catalano, Esq.<br>Neil G. Sparber, Esq.<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 318-3000<br>nsparber@fulbright.com<br>dcatalano@fulbright.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

So Ordered:

_____
U.S.D.J.

1/3/13